## ATTACHMENT A – STATEMENT OF FACTS: ANDREW LIANG

*The undersigned parties hereby stipulate and agree that if this matter had gone to trial, the government would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence which would have been presented had this matter gone to trial.*

Beginning in approximately 2009, **ANDREW LIANG** ("**LIANG**") downloaded at least nine child pornography videos from the Internet and retained them on his Apple Macintosh computer. **LIANG** downloaded the videos using the peer-to-peer software "AcquisitionX" and also downloaded the videos from various Japanese web sites. The children in these nine videos ranged in age from four years old to young teens under 18 years old. **LIANG** possessed at least these nine videos as of March 29, 2011, when law enforcement discovered the videos on **LIANG**'s MacBook laptop computer after executing a search warrant at **LIANG**'s residence and in his black Infiniti sedan, VIN JNKCV61F49M360719. Some of the videos were previously known to law enforcement, including the "Vicky" and "Lighthouse" series. For example, **LIANG** possessed a file from the Vicky series, entitled "KylieFreeman(Vicky) - Pedofilia Part4.mpg," which, among other things, depicted a prepubescent female being orally and anally penetrated by an adult male penis. **LIANG** possessed a second video from the Vicky series, entitled "Vicky 7yo and 10yo 69 Pedo Child Porno Lolita.mpg" which, among other things, depicted a prepubescent female engaged in oral sex with an adult male. **LIANG** also possessed a video from the Lighthouse series, entitled "Amber - virgin pussy 11-12yo pedo," which depicted a prepubescent female engaged in masturbation. The videos together contained more than 600 visual depictions of sexually explicit conduct, including images of prepubescent girls and girls in their early teens engaged in sexual activity or in sexually graphic and explicit poses.

**LIANG** knowingly possessed these videos and knew that the videos contained images of child pornography. These child pornography videos had either been transported in interstate or foreign commerce or produced using materials that had been mailed, shipped, or transported in interstate or foreign commerce.

9/7/11
Date

Andrew Liang